IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC D. STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3097 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID BRUNO, et al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion. The Court takes judicial notice of Nebraska Department of Correctional Services public records, which show that plaintiff was released from incarceration on October 27, 2014. *See Stutzka v. McCarville*, 420 F.3d 757, 761, n.2 (8th Cir. 2005) (court may take judicial notice of public records).

Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this Court if plaintiff's whereabouts remain unknown.

IT IS ORDERED that plaintiff shall have 30 days to apprise the Court of his current address. Failure to do so will result in dismissal of this matter without prejudice and without further notice. The Clerk of the Court is directed to set a pro

se case management deadline in this case using the following text:  December 1, 2014: check for address; dismiss if no update.

DATED this 29th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court