IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ERIC D. STEPHENSON,              )
                                 )
            Plaintiff,           )          4:14CV3097
                                 )
        v.                       )
                                 )
DAVID BRUNO, et al.,             )              ORDER
                                 )
            Defendants.          )
_____)
```

This matter is before the Court on the motion of Elizabeth D. Elliott to withdraw as counsel (Filing No. 37).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted.  Elizabeth D. Elliott is deemed withdrawn as counsel for defendants Dustin Lind, Craig Price and Jacob Wilkinson.  The clerk's office shall remove her name from CM/ECF.

DATED this 30th day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court