IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC D. STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3097 |
| | ) | |
| v. | ) | |
| | ) | |
| DUSTIN LIND, individual-capacity; CRAIG PRICE, individual-capacity; and JACOB WILKINSON, individual-capacity, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on two essentially identical objections (Filing No. 34, Filing No. 35) made by the plaintiff.  Plaintiff Stephenson has filed an action pursuant to Section 1983 of Title 42 of the United States Code alleging that, during his arrest, certain officers used excessive force.  Stephenson has recently learned that a doctor's report made contemporaneously to Stephenson's arrest postulates that Stephenson's injuries are consistent with those of a car accident (*Id.*).  Stephenson asks the Court to take notice that there was "never any mention of plaintiff being in a car accident or attempting to cause bodily injuries to any [Lincoln Police Department] officer or anybody." (*Id.*).  Stephenson also requests a hearing.

Since the filing of Stephenson's objections, the Court has set the matter for trial (Filing No. 40) for November 17, 2015.  The Court will consider taking notice on these issues and

plaintiff's objections at the time of trial. The Court will deny plaintiff's motion for a hearing.

IT IS ORDERED:

1) Plaintiff's objections (Filing No. 34, Filing No. 35) are deferred until trial.

2) Plaintiff's requests that the Court take judicial notice (Filing No. 34, Filing No. 35) are deferred until trial.

3) Plaintiff's requests for a hearing (Filing No. 34, Filing No. 35) are denied with prejudice.

DATED this 13th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court