IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC D. STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3097 |
| | ) | |
| v. | ) | |
| | ) | |
| DUSTIN LIND, individual-capacity; CRAIG PRICE, individual-capacity; and JACOB WILKINSON, individual-capacity, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on cross-motions. Plaintiff Stephenson has filed a motion (Filing No. 43) to "reflect the record of the Defendants." The defendants argue that Stephenson's motion is unauthorized. They filed an objection (Filing No. 44) and requested that the Court deny Stephenson's motion pursuant to Federal Rule of Civil Procedure 12. After review of the motions and relevant case law, the Court finds that Stephenson's motion is unauthorized by this Court or the Federal Rules of Civil Procedure. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion (Filing No. 43) is denied.

2) Defendants' motion (Filing No. 44) is granted.

DATED this 11th day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court